UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JILLIAN SPINDEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:22-cv-3106 |
| | ) |
| TERRY D. AMARAT, M.D., JON-PAUL DIMAURO, M.D., NORTHWELL HEALTH LONG ISLAND JEWISH MEDICAL CENTER, DEPUY SYNTHES PRODUCTS, INC., DEPUY SYNTHES SALES, INC., DEPUY SYNTHES SPINE, INC. and JOHNSON & JOHNSON, INC., | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE OF JAMES F. MURDICA

PLEASE TAKE NOTICE that James F. Murdica of the law firm, Barnes & Thornburg LLP, hereby enters his appearance on behalf of Defendants DEPUY SYNTHES PRODUCTS, INC. ("DePuy Products"), DEPUY SYNTHES SALES, INC. ("DePuy Sales") (collectively "DePuy")[1], and JOHNSON & JOHNSON INC. ("Johnson & Johnson") (collectively with DePuy, the "Removing Defendants").

Respectfully submitted,

*/s/ James F. Murdica*
James F. Murdica
(NY State Bar 661607/NY Bar 4297735)
Barnes & Thornburg LLP
445 Park Avenue, Suite 700
New York, NY 10022-8634
P: (312) 214-4869
jmurdica@btlaw.com
*Attorney for Removing Defendants*

---

[1] Plaintiff named "DePuy Synthes Spine, Inc." as a defendant in the state court complaint. But that entity does not exist, and so it is not a proper party to this case.

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of May 2022, a copy of the foregoing was filed electronically and served upon the following counsel by First Class U.S. Mail.

> David J. Lorber
> David J. Lorber & Associates, PLLC
> 100 N. Country Road
> Setauket, NY  11733
>
> Laura M. Papa
> Shaub, Ahmuty, Citrin & Spratt, LP
> 1983 Marcus Avenue
> Lake Success, NY 11042

                                                */s/ James F. Murdica*